UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE; and JANE DOE,

    Plaintiffs,

v.                                                   Case No. 6:21-cv-1566-RBD-RMN

MAGICAL CRUISE COMPANY,
LTD.,

    Defendant.
_____

## ORDER

After summary judgment in its favor, Defendant has moved for costs. (Doc. 105 ("Motion").) On referral, U.S. Magistrate Judge Robert M. Norway entered a Report and Recommendation recommending that the Court deny the Motion without prejudice to refiling after the pending appeal is resolved. (Doc. 110 ("R&R").) The parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 110) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The Motion (Doc. 105) is **DENIED WITHOUT PREJUDICE**.

Defendant may renew the Motion within fourteen days of the Eleventh Circuit's mandate in the appeal.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 25, 2024.

ROY B. DALTON, JR.
United States District Judge